*Dr. Luis Sardiña Dietz*

SURGEON – ONCOLOGIST
General Surgery, Gynecological, Mastology, Tumors. Diagnosis and Treatments
Surgical tumors (Head and neck, thyroid, gastrointestinal tract, skin, and soft tissue)
M.P.P.S. 68231 - CMM. 3389 - RIF V-13249595-1

## SUCCESSIVE MEDICAL HISTORY

**CURRENT ILLNESS:** This is a 28-year-old male patient who has a history of resection of soft tissue tumor in the left chest wall on two occasions (2011 and 2017), the last biopsy reported malignant mesenchymal tumor but did not receive additional treatment. Currently, he is here because since August 2019, he began to present axillary tumor, fast growing, non-painful, associated with local pain. He goes again to the physician who decides to refer him to this consultation.

**PERSONAL HISTORY: Lupus:** currently untreated due to failure to obtain treatment. He takes prednisone 5 mg. HAS: controlled with Enalapril 20 mg. **Surgical**: left pectoral tumor resection in 2001 and December 2017. **Allergies**: metoclopramide and merthiolate.

**PHYSICAL EXAMINATION:** Neck: no adenomegaly is palpable. Chest: there is evidence of a lesion in the axillary region extending from the mid-clavicular line to the posterior axillary line, measuring approximately 30 × 15 cm, lobulated, elastic consistency, mobile, towards the posterior axillary line there is evidence of a nodular area of 6 cm in diameter, with an impressive skin infiltrate, which looks purplish in appearance. There is evidence of scar in the left axillary region of approximately 10 cm overlying the lesion between the anterior and posterior axillary lines.

**PATHOLOGICAL ANATOMY:** IHC No. 1201201123 (7/4/12): Left axilla: epithelial tumor with organoid, trabecular pattern and with cystic changes. Only marked for specific neural enolase. Biopsy No. 005-B-2018 (12/14/17); Left pectoral region: malignant mesenchymal neoplastic proliferation measuring 7 × 7.5 × 6 cm. Compatible with malignant fibrous histiocytoma with angiomatoid component.

**IMAGING:** Soft tissue ultrasound (5/28/20): Left sub-axillary region: Central group chain lymph nodes number 2 are enlarged, with loss of architecture, positive Doppler, measuring 8.37 × 5.82 cm and 3.30 × 2.91 cm. Chest CT (9/9/20): Two solid, heterogeneous lesions in the left axillary region, in contact with costal arches but not infiltrating.

**TREATMENT:** He was taken to the operating table on 11/27/20. Findings: soft tissue tumor of the left anterolateral wall extending from the midclavicular line to the posterior axillary line, infiltrating the pectoralis major and minor muscle and the anterior border of the latissimus dorsi muscle, very close to the anterior and lateral costal arches from 3" to 6". There was evidence of a 10 cm long scar in the left axillary area with signs of tumor infiltration in the skin around it. Wide local resection of the lesion was performed including the affected skin + immediate reconstruction with thoracic dorsal dermographic flap.

**PATHOLOGICAL ANATOMY:** Biopsy No. 1620-20 (12/21/20): Left axillary region: Low-grade malignancy fibrous histiocytoma. Tumor size 15.0 × 13.0 cm. Encapsulated. Areas of cystic degeneration. Resection edges free of neoplasia. Vascular invasion not evident.

**DIAGNOSES:** Recurrent left axillary soft tissue sarcoma; Low-grade fibrous histiocytoma pT2a N0 M0 G1 ST II.

**PLAN:** The patient is referred to radiation therapy for local control. It should be emphasized that the patient did not visit the clinic until today to bring the result of the biopsy, having passed more than four months since surgery, the risks and benefits of treatment should be considered. Evaluation by consultation every three months.

Patient:  Jhoanguel Enmanuel Jauregui Rodríguez    Age:  28                                                [illegible stamp]
ID: 21541942     Date: 03-12-2021                                                                                              [signature]

Victoria Specialized Medical Institute, C.A. Av. Dr. José María Vargas. IMEVCA Bldg. Juanico Sector.
Tels: 0291-896-64-41 Cell: 0424-935-31-41 lrsd01@hotmail.com

Jhoangel Enmanuel Jauregui Rodriguez 21541942


# Dr. Luis Sardiña Díaz
## CIRUJANO - ONCÓLOGO
Cirugía General, ginecológica, Mastología, Tumores. Diagnóstico y Tratamientos
Quirúrgicos de tumores (Cabeza y cuello, tiroides, Tracto gastrointestinal, piel y partes blandas)
M.P.P.S. 68231 - CMM. 3389 - RIF. V-13249595-1

## HISTORIA CLÍNICA SUCESIVA

**ENFERMEDAD ACTUAL:** Se trata de paciente masculino de 28 años quien tiene antecedente de resección de tumor de partes blandas en pared torácica izquierda en dos oportunidades (2011 y 2017), la última biopsia reportó tumor mesenquimal maligno pero no recibió tratamiento adicional. Actualmente, consulta por presentar desde Agosto de 2019 comienza a presentar tumor axilar, crecimiento rápido, no doloroso, asociado a dolor local. Acude nuevamente a facultativo quien decide referir a esta consulta.

**ANTECEDENTES PERSONALES:** Lupus: Actualmente sin tratamiento por no conseguir el tratamiento. Toma prednisona 5 mg. HAS: Controlado con Enalapril de 20 mg. Quirúrgicos: Resección de tumor pectoral izquierdo en 2001 y Diciembre de 2017. Alergias: Metoclopramida y merthiolate.

**EXAMEN FÍSICO:** Cuello: No se palpan adenomegalias. Tórax: Se evidencia lesión en región axilar izquierda que se extiende desde línea medio clavicular hasta línea axilar posterior, mide aproximadamente 30 x 15 cm, lobulado, consistencia elástica, móvil, hacia la línea axilar posterior se evidencia área nodular de 6 cm de diámetro que impresiona infiltra piel, la cual luce de aspecto violáceo. Se evidencia cicatriz en región axilar izquierda de aproximadamente 10 cm suprayacente a la lesión entre las líneas axilares anterior y posterior.

**ANATOMÍA PATOLÓGICA:** IHQ N° I201201123 (4/7/12): Axila izquierda: Tumor epitelial con patrón organoide, trabecular y con cambios quísticos. Solo marcó para enolasa neural específica. Biopsia N° 005 - B - 2018 (14/12/17): Región pectoral izquierda: Proliferación neoplásica mesenquimal maligna de 7 x 7,5 x 6 cm. Compatible con fibrohistiocitoma maligno con componente angiomatoide.

**IMAGENOLOGÍA:** Ultrasonido de partes blandas (28/5/20): Región subaxilar izquierda: Se evidencian nódulos linfáticos de cadena del grupo central en número de 2, aumentados de tamaño, con pérdida de la arquitectura, doppler positivo, miden 8,37 x 5,82 cm y 3,30 x 2,91 cm. Tomografía de tórax (9/5/20): Se evidencia dos lesiones de aspecto sólidas en región axilar izquierda, heterogéneas en contacto con arcos costales pero sin infiltrarlos.

**TRATAMIENTO:** Es llevado a mesa operatoria el 27/11/20. Hallazgos: Tumor de partes blandas de pared anterolateral izquierda que se extiende de la línea medio clavicular hasta la línea axilar posterior, infiltra músculo pectoral mayor, menor y borde anterior del músculo dorsal ancho, encontrándose muy cercano a los arcos costales anteriores y laterales desde el 3° al 6°. Se evidencia cicatriz de 10 cm de longitud en área axilar izquierda con signos de infiltración del tumor en la piel alrededor de la misma. Se realizó resección local amplia de la lesión incluyendo la piel afectada + Reconstrucción inmediata con colgajo tóraco dorsal dermograso.

**ANATOMÍA PATOLÓGICA:** Biopsia N° 1620 - 20 (21/12/20): Región axilar izquierda: Fibrohistiocitoma de bajo grado de malignidad. Tamaño tumoral 15,0 x 13,0 cm. Encapsulado. Áreas de degeneración quística. Bordes de resección libres de neoplasia. Invasión vascular no evidente.

**DIAGNÓSTICOS:** Sarcoma de partes blandas axilar izquierdo recidivado: Fibrohistiocitoma de bajo grado pT2a N0 M0 G1 ST II

**PLAN:** Se refiere paciente a radioterapia para control local. Es de recalcar que el paciente no acudió más a consulta sino hasta el día de hoy para traer el resultado de la biopsia, habiendo pasado más de 4 meses desde la cirugía se debe considerar los riesgos beneficios del tratamiento. Evaluación por consulta cada tres meses.

Paciente: Jhoangel Enmanuel Jauregui Rodriguez   Edad: 28
C.I: 21541942   Fecha: 12-03-2021

Instituto Médico Especializado Victoria, C.A. Av. Dr. José María Vargas. Edif. IMEVCA. Sector Juanico Telfs: 0291-896-64-41
Celular: 0424-935-31-41 lrsd01@hotmail.com