# CLI Prison Alliance
MAKING DISCIPLES WORLDWIDE

affirms that

**Gustavo Jauregui-Alfonzo**

has successfully completed the

**BIBLE STUDY COURSE ~ WHO IS GOD?**

administered from CLI, Raleigh, North Carolina

this day February 3, 2021

*Be strong and courageous, because you will lead these people to inherit the land I swore to their forefathers to give them.*

— Joshua 1:6 NIV

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

**Gustavo Rafael Jauregui**

upon successful completion of

**Doctrina Biblica, Vol. 2**

Awarded the 19th day of January, 2021.



*ACADEMIC DEAN*

*REGISTRAR*



GRADE REPORT
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME: **Gustavo Rafael Jauregui**         STUDENT ID#: 444328

COURSE: **Doctrina Biblica, Vol. 2**         DATE: 1/19/21

EXAM 1: **98**    EXAM 2: **100**    EXAM 3: **98**

FINAL GRADE: **99**    CREDITS: **1**

The grading system used by A.B.A. is as follows:

| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
|---|---|---|---|---|
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org