Carúpano 06-24-2021

I, Ogleidys J. Jauregui, Venezuelan, adult, identity card: 15113124; hereby declare that I know the citizen <u>Gustavo Rafael Jauregui</u>, my brother. I can attest that he is a beloved person in our community, a collaborator, a good son, a good brother, a good father, always concerned about the welfare of the family. From a very young age he has worked to help our parents support the home. After forming his own family, he continued with this beautiful work. As the years went by, our mother, as well as his youngest son became ill and his enthusiasm became even greater, leading him to take on extreme jobs due to the difficult situation of the country.

Without his presence and support, this process becomes more difficult for the family every day. For this reason, we look forward to his return.

Sincerely,

Ogleidys J. Jauregui (sister)

Phone: 0426-1826580

[signature]

Carúpano 24-06-2021

Yo, Ogleidys J. Jauregui Venezolana mayor de edad C.I: 15,113,124; Por medio de la presente hago constar que conozco al ciudadano Gustavo Rafael Jauregui; Mi Hermano; doy fé que es una persona querida en nuestra comunidad, colaborador, buen hijo, buen hermano buen padre; siempre preocupado por el bienestar de la familia desde muy joven a trabajado para ayudar a nuestros padres a mantener el hogar, luego de formar su propia familia continuo con esa bonita labor. Con el pasar de los años nuestra madre al igual que su hijo menor enfermaron y su afán fué aún mayor; llevandolo a enfrentarse a trabajos extremos debido a la dificil situación del pais.

Pues sin su presencia y apoyo este proceso para la familia se hace cada dia más dificil; por este motivo esperamos su pronto regreso...

ATT: Ogleidys Jareguis (hermana)
tel: 0426-1826580