I, **CARLOS BRAVO**, VENEZUELAN CITIZEN, HOLDER OF IDENTITY CARD NUMBER **10.219.300**, ATTEST THAT I HAVE KNOWN **GUSTAVO JAUREGUI**, VENEZUELAN CITIZEN, ADULT, HOLDER OF IDENTITY CARD NUMBER **9.453.986**, FOR MORE THAN 30 YEARS. I HEREBY EXPRESS THAT HE IS AN EXEMPLARY MAN, A HARD WORKER, A GOOD SON AND A GREAT FAMILY MAN WHO HAS DEDICATED HIMSELF TO WORK FROM A VERY YOUNG AGE AND HAS BEEN WILLING TO DO EVERYTHING, INCLUDING DEEP SEA FISHING. HE HAS TWO SONS AND ONE OF THEM SUFFERS FROM AN INCURABLE DISEASE CALLED LUPUS, THE TREATMENT OF WHICH IS VERY EXPENSIVE, AND THE FAMILY CANNOT AFFORD THE NECESSARY EXPENSES FOR THE AFOREMENTIONED DISEASE. FOR THIS REASON AND ALL OF THE ABOVE, I ASK THOSE INTERESTED IN HIS CASE TO PLEASE HELP HIM TO FACILITATE HIS PROMPT RELEASE.

WITH NOTHING FURTHER AT THE MOMENT.

SINCERELY,

[signature]

CARLOS BRAVO

ID: 10.219.300

YO, **CARLOS BRAVO**, VENEZOLANO TITULAR DE LA CÉDULA DE IDENTIDAD NÚMERO **10.219.300**, DOY FE, QUE HACE MAS DE 30 AÑOS CONOZCO AL **CIUDADANO GUSTAVO JAUREGÜI**, VENEZOLANO, MAYOR DE EDAD, TITULAR DE LA CÉDULA DE IDENTIDAD NÚMERO **9.453.986**, POR ESTE MEDIO EXPRESO QUE ES UN HOMBRE EJEMPLAR, TRABAJADOR, UN BUEN HIJO Y UN GRAN PADRE DE FAMILIA QUE SE HA DEDICADO A TRABAJAR DESDE MUY JOVEN A TODO LO QUE SE HA DISPUESTO ENTRE ESO A LA PESCA DE ALTURA, YA QUE TIENE DOS HIJOS Y UNO DE ELLOS PADECE DE UNA ENFERMEDAD INCURABLE LLAMADA LUPUS, POR TAL RAZÓN EL TRATAMIENTO ES MUY COSTOSO Y LA FAMILIA NO CUENTA ECONÓMICAMENTE CON LOS GASTOS NECESARIOS PARA LA MENCIONADA ENFERMEDAD POR ESO Y TODO LO ANTES EXPUESTO PIDO A LAS PERSONAS INTERESADAS EN SU CASO QUE POR FAVOR LO AYUDEN A FACILITAR SU PRONTA LIBERTAD.

SIN MÁS A QUE HACER REFERENCIA.

ATENTAMENTE,

*[firma]*

CARLOS BRAVO.

CI: 10.219.300