I, **YURAIMA DEL CARMEN JIMÉNEZ DE BRAVO**, VENEZUELAN CITIZEN, HOLDER OF IDENTITY CARD NUMBER **10.223.964**, ATTEST THAT I HAVE KNOWN **GUSTAVO JAUREGUI**, VENEZUELAN CITIZEN, ADULT, HOLDER OF IDENTITY CARD NUMBER **9.453.986**, FOR MORE THAN 20 YEARS. I HEREBY ATTEST THAT HE IS AN EXEMPLARY MAN, A HARD WORKER, A GOOD SON AND A GREAT FAMILY MAN WHO HAS DEDICATED HIMSELF TO WORK FROM A VERY YOUNG AGE AND HAS BEEN WILLING TO DO EVERYTHING, INCLUDING DEEP SEA FISHING. HE HAS TWO SONS AND ONE OF THEM SUFFERS FROM AN INCURABLE DISEASE CALLED LUPUS, THE TREATMENT OF WHICH IS VERY EXPENSIVE, AND THE FAMILY CANNOT AFFORD THE NECESSARY EXPENSES FOR THE AFOREMENTIONED DISEASE. FOR THIS REASON AND ALL OF THE ABOVE, I ASK THOSE INTERESTED IN HIS CASE TO PLEASE HELP HIM TO FACILITATE HIS PROMPT RELEASE.

WITH NOTHING FURTHER AT THE MOMENT.

SINCERELY,

[signature]

YURAIMA JIMÉNEZ DE BRAVO

ID: 10.223.964

YO, **YURAIMA DEL CARMEN JIMÉNEZ DE BRAVO**, VENEZOLANA TITULAR DE LA CÉDULA DE IDENTIDAD NÚMERO **10.223.964**, HAGO CONSTAR, QUE HACE MAS DE. 20 AÑOS CONOZCO AL CIUDADANO **GUSTAVO JAUREGÜI**, VENEZOLANO, MAYOR DE EDAD, TITULAR DE LA CÉDULA DE IDENTIDAD NÚMERO **9.453.986**, DANDO FÉ QUE ES UN HOMBRE EJEMPLAR, TRABAJADOR, UN BUEN HIJO Y UN GRAN PADRE DE FAMILIA QUE SE HA DEDICADO A TRABAJAR DESDE. MUY JOVEN A TODO LO QUE SE HA DISPUESTO ENTRE ESO A LA PESCA DE ALTURA, YA QUE TIENE DOS HIJOS Y UNO DE ELLOS PADECE DE UNA ENFERMEDAD INCURABLE LLAMADA LUPUS, POR TAL RAZÓN EL TRATAMIENTO ES MUY COSTOSO Y LA FAMILIA NO CUENTA ECONÓMICAMENTE CON LOS GASTOS NECESARIOS PARA LA MENCIONADA ENFERMEDAD POR ESO Y TODO LO ANTES EXPUESTO PIDO A LAS PERSONAS INTERESADAS EN SU CASO QUE POR FAVOR LO AYUDEN A FACILITAR SU PRONTA LIBERTAD.

SIN MÁS A QUE HACER REFERENCIA.

ATENTAMENTE,

*[signature]*

YURAIMA JIMÉNEZ DE BRAVO.

CI: 10.223.964