Bolivarian Republic of Venezuela

July 7, 2021.

A cordial greeting to the Judge of the case in question.

I, Jrangel Jauregui, Venezuelan, ID No. 16.061.449, adult, and of sound mind, can testify that I know the citizen Gustavo Jauregui, ID No. 9.453.986, attesting that he has been and is an exemplary citizen, both for society and for his relatives and acquaintances, always contributing to the support and care of his children. As a result, this citizen has had to honestly seek economic wellbeing through artisanal fishing and then moving on to deep-sea fishing, which he has been doing for most of his life.

Your Honor, please state in your hearing the right decision for this humble and honest citizen. Thank you in advance and may God guide your decisions in this case. I bid you farewell!

Jrangel Jauregui

ID: 16.061.449

[signature]

República Bolivariana De Venezuela.
A los 07 días del mes de Julio de 2021.

Un cordial saludo para el Juez del caso en cuestión.

Yo, Irangel Jauregui, Venezolana, C.I: 16.061.449, mayor de edad y en pleno juicio de mis facultades, doy testimonio de conocer al ciudadano Gustavo Jauregui, C.I: 9.453.986, dando Fé de que ha sido y es un ciudadano ejemplar tanto para la sociedad como para sus familiares y conocidos, contribuyendo siempre con el sustento y cuidado de sus dos hijos, por tal motivo dicho ciudadano se ha visto en el caso de buscar de una manera honesta el bienestar económico a través de la pesca artesanal para luego llegar a la pesca de altura la cual ha ejercido la mayoría de su vida.

Señor Juez deje en sus conocimientos la decisión justa para este humilde y honesto ciudadano. De antemano gracias y que sea Dios que guíe sus decisiones en este caso. Me despido!!

Irangel Jauregui
C.I: 16.063.449

