Carúpano – 06-24-2021

To Whom It May Concern:

    I, Duve M. Farfan, Venezuelan, adult, holder of identity card number V-13.294.493, hereby declare that I have known Mr. Gustavo Rafael Jauregui Alfonso for many years, and I attest that he is an honorable, hardworking, and good-mannered person.

    He is currently in a difficult situation due to the bad situation of the country and his son's bad health condition, which have forced him into making incorrect decisions.

[signature]

Tel: +58 4167930392

Carúpano = 24-06-2021

A Quien Pueda Interesar

Yo, Duve H. Farfan, Venezolano, Mayor de edad, Titular de la cédula de identidad V-13.294.493, Declaro por medio de este escrito, que conozco de vista, trato y comunicación al señor Gustavo Rafael Jauregui Alfonzo, desde hace muchos años y doy fé de que es una persona honrada, trabajador y de buenas costumbres.

Hoy en día se encuentra en una situación difícil, debido a que la mala situación del país y el mal estado de salud de su hijo lo obligaron decisiones equivocadas.

TELF. +584167930392