- Hello, Your Honor, first of all a cordial greeting to you and I hope you are very well. My name is Jhorman Jauregui, the eldest son of Gustavo Jauregui, who is being held in one of your security facilities, awaiting a trial in the county of

- My father is a good person, father, and son. Since his childhood, his life has been very humble, full of work and sacrifices to earn the daily bread for his mother, father, and his 10 siblings. Then at the age of 25, he had two children: my brother and me, being Jhoanguel Jauregui, his youngest son who is suffering from a disease called lupus, which requires an expensive lifelong treatment. In addition, he was diagnosed with cancer (malignant mesenchymal tumor) in the left thoracic wall. He has been taken to the operating table on three occasions. He was recently referred to radiation therapy for local control.

- The economic crisis that still exists in our country has forced my father to look for any solution that would help him to get out of this situation, which is difficult for a person with low income. With nothing more to add, I respectfully bid you goodbye. Thank you for your time!

[signature]
signature

- Hola señor Juez, antes que todo un cordial saludo a usted y espero que esté muy bien, yo soy Thorman Jauregui, hijo mayor de Gustavo Jauregui. Quien se encuentra recluido en una de sus intalaciones de seguridad, en espera de que se le realize un juicio en el condado de

- Mi padre es una buena persona, padre e hijo, desde su niñez su vida ha sido muy humilde. llena de trabajo y sacrificios para conseguir el pan de cada día para su mamá, su papá y sus 10 hermanos, luego a partir de los 25 años tuvo 2 hijos; Mi hermano y yo, Siendo Jhoanguel Jauregui su hijo menor que esta padeciendo una enfermedad llamada Lupus, el cual requiere un costoso tratamiento de por vida. Además fue diagnosticado con cáncer (Tumor mesenquimal maligno) en la pared torácica izquierda, ha sido llevado a mesa operatoria en tres ocaciones, actualmente fue referido a radioterapia para control local.

- La crisis económica que aún hay en nuestro país ha obligado a mi padre a buscar cualquier solución que lo ayudara a salir de esta situación lo cual es difícil para una persona de bajos recursos. Sin más nada que agregar me despido con mucho respeto. ¡Gracias por su tiempo!

Firma