

Certified Translation

# Certificate of Accuracy

Melissa Wise
Translator/Interpreter

Translated documents:
1. Declaration from Carlos Bravo, with ID No. 10.219.300, stating that he knows Gustavo Jauregui, with ID No. 9.453.986, and can attest to his character.
2. Declaration from Yuraima del Carmen Jiménez de Bravo, with ID No. 10.223.964, stating that she knows Gustavo Jauregui, with ID No. 9.453.986, and can attest to his character.
3. Declaration from Luis Tamiche, with ID No. 8.339.180, stating that he knows Gustavo Jauregui, with ID No. 9.453.986, and can attest to his character.
4. Declaration dated June 24, 2021, from Duve M. Farfan, with ID No. V-13.294.493, stating that he knows Gustavo Jauregui, with ID No. 9.453.986, and can attest to his character.
5. Declaration dated June 24, 2021, from Ogleidys J. Jauregui, with ID No. 15113124, stating that she knows Gustavo Jauregui, as he is her brother, and can attest to his character.
6. Declaration dated July 7, 2021, from Jrangel Jauregui, with ID No. 16.061.449, stating that he knows Gustavo Jauregui, with ID No. 9.453.986, and can attest to his character.
7. Declaration from Jhorman Jauregui, stating that he knows Gustavo Jauregui, as he is his son, and can attest to his character.
8. Medical report for Jhoanguel Enmanuel Jauregui Rodríguez, with ID No. 21541942, dated March 12, 2021.

As a translator for Day Translations, Inc., I, Melissa Wise, declare that I am a bilingual translator who is thoroughly familiar with the English and Spanish languages. I have translated the attached documents to the best of my knowledge from Spanish into English and the English text is an accurate and true translation of the original document presented to the best of my knowledge and belief.

Signed on August 13, 2021

_____
Melissa Wise
*Professional Translator for Day Translations, Inc.*

    

 2202 N Westshore Blvd., #200 Tampa, FL 33607|Toll Free: 1-800-969-6853 Fax: 1-800-856-2759
E-mail: contact@daytranslations.com | www.daytranslations.com